**VILLAGE OF RIVERVIEW, Appellee,**

v.

**Keith A. CRAWFORD, Appellant.**

No. 01–1042.

United States Court of Appeals, Eighth Circuit.

Submitted June 6, 2001.

Filed June 11, 2001.

**694**

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Keith A. Crawford was charged by Village of Riverview with nuisance violations. Relying on 28 U.S.C. § 1443, he filed a petition seeking removal of the proceeding to federal court, complaining that the municipal court to which he had been summoned "refuses to recognize his equal civil rights."

The district court [1] dismissed Mr. Crawford's petition for removal under 28 U.S.C. § 1915(e)(2)(B), concluding that section 1443(1) applies only to cases involving racial inequality and that Crawford had made no such showing. We agree. *See Georgia v. Rachel*, 384 U.S. 780, 800, 86 S.Ct. 1783, 16 L.Ed.2d 925 (1966) ("Removal is warranted only if it can be predicted by reference to a law of general application that the defendant will be denied or cannot enforce the specified federal rights in the state courts."); *Neal v. Wilson*, 112 F.3d 351, 355 (8th Cir.1997) (to remove under § 1443 defendant must rely on law providing for equal civil rights stated in terms of racial equality).

Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.